FILED
 2006 Aug-31  AM 09:35
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **TERMAINE HUIETT,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No.  CV 06-S-860-M |
| **SGT. EARL PICKETT,** | ) |
| **Defendant.** | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 24, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge further recommended that any supplemental state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  The plaintiff filed objections to the report and recommendation on August 7, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate's report and recommendation and plaintiff's objections thereto, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, **ADOPTED** and the recommendations **ACCEPTED**.  Accordingly, the complaint is due to be dismissed  for failing to state a claim upon which relief can be

granted, pursuant to 28 U.S.C. § 1915A(b)(1). Any supplemental state law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

      DONE this 31st day of August, 2006.

                                                            /s/ Lynwood Smith
                                          United States District Judge